# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

## CRIMINAL MINUTES

**NDMS CASE NO.: 4:21-MJ-1029-JMV**  **PLACE HELD**:  VIDEO
**DOC CASE NO.: 1:21-CR-0599-2**  **GREENVILLE COURTROOM 2**

**UNITED STATES OF AMERICA  vs.  THOMAS HARLEN SMITH**

**DATE & TIME BEGAN/ENDED:**  October 6, 2021
1:05 p.m. – 1:16 p.m.

**TOTAL TIME:  11 minutes**

**PRESENT:**
**HONORABLE JANE M. VIRDEN, MAGISTRATE JUDGE**

| | |
|---|---|
| **Itonia R. Williams**<br>**Courtroom Deputy** | **Digital**<br>**Official Court Reporter** |
| **Attorney for Government:**<br>N/A | **Attorney for Defendant:**<br>N/A |

**PROCEEDINGS:**  Initial Appearance on Rule 5 – District of Columbia

**Docket entry:**  An initial appearance was held on an Indictment from the District of Columbia. Court appointed Federal Public Defender as counsel for defendant. Identity Hearing set Friday, October 8, 2021, at 1:00 p.m., via VTC, before Magistrate Judge Jane M. Virden. Court set unsecured bond at $10,000. Order Setting Conditions of Release to be entered.  Defendant was advised of the setting of his appearance/arraignment on Indictment from the District of Columbia for Tuesday, October 12, 2021, at 1:00 p.m., via ZOOM, before Magistrate Judge G. Michael Harvey. The said zoom link will be emailed to FPD. Defendant remanded to the custody of the U.S. Marshal Service pending processing of paperwork.

**DAVID CREWS, CLERK**

By:  /s/ *Itonia R. Williams*
Courtroom Deputy Clerk